**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KATHERINE BENSHOSHAN,
*on behalf of herself, FLSA Collective Plaintiffs*
*and the Class,*                                                    Case No:  1:22-cv-03370

                Plaintiff,

        v.                                                         **[PROPOSED]**
                                                                   **RULE 68 JUDGMENT**

ACM LEASE HOLDING, LLC,
d/b/a MYDOC URGENT CARE,
JOHN DOE CORPORATIONS 1-10,
KAMRAN TABADDOR, and
NABIL SALIB,

                Defendants.

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants ACM Lease Holding, LLC d/b/a MyDoc Urgent Care, Kamran Tabaddor, and Nabil Salib (collectively, "Defendants"), having offered to allow Plaintiff Katherine Benshoshan ("Plaintiff") to take a judgment against them, in the sum of Seventeen Thousand Five Hundred Dollars and No Cents ($17,500.00), inclusive of all of Plaintiff's claims for relief, damages, attorneys' fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 9, 2022 and filed as Exhibit A to Docket Number 22;

      **WHEREAS**, on November 10, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 22);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Katherine Benshoshan, in the sum of $17,500.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 9, 2022 and filed as Exhibit A to Docket Number 22.

**SO ORDERED:**

Dated: _____, 2022          _____
　　　　New York, New York　　　　　　　　　　　　　U.S.D.J.